December 13, 1976.

APPEAL No. 76-333. SCHOOL COMMITTEE OF THE CITY OF PAWTUCKET *v.* PAWTUCKET TEACHERS ALLIANCE AFT LOCAL 930, AND MARTIN M. SCHWARTZ. Motion of the defendants to correct the record, by including therewith the defendants' motion to dismiss in Superior Court, is granted. *Joseph V. Cavanagh*, for plaintiff. *Abedon, Stanzler, Biener, Skolnik and Lipsey, Lynette Labinger*, for defendants.